BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL CORBIN**<br>**xxx-xx-7388**<br><br><br>         **Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>         **Defendant.**<br>_____ | **Case No.  CIV-07- 2241 EFB**<br><br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the motion for summary judgment in this case is hereby extended from April 14, 2008, to May 23, 2008.  This is plaintiff's first extension and is required due to plaintiff's counsel's very heavy briefing schedule and scheduled vacation out of the country beginning April 3, 2008.

/ / / /

/ / / /

/ / / /

1

1   Dated: February 26, 2008              */s/Bess M. Brewer*
                                          BESS M. BREWER
2                                         Attorney at Law

3                                         Attorney for Plaintiff

4

5
    Dated: February 26, 2008              McGregor W. Scott
6
                                          United States Attorney
7
                                          */s/   Jacqueline Forslund*
8                                         JACQUELINE FORSLUND

9                                         Special Assistant U.S. Attorney
                                          Social Security Administration
10
                                          Attorney for Defendant
11

12                                **ORDER**

13  APPROVED AND SO ORDERED.

14  DATED:  February 27, 2008.

15

16                                        _____
                                          EDMUND F. BRENNAN
17                                        U.S. MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28