1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 | Sacramento, CA 95814
Telephone: (916) 448-8600
4 | Facsimile: (916) 448-8605

5 | Attorneys for Plaintiff

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| **RUSSELL CORBIN** | ) | **Case No.  CIV-07- 2241 EFB** |
| **xxx-xx-7388** | ) | |
| | ) | |
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Plaintiff,** | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

19

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21   permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

22   this case is hereby extended from May 23, 2008, to June 3, 2008.  This extension is required due to the

23   burglary of plaintiff's counsel's office last week and the loss of **all** her computer equipment, files

24   [including current back-up files], and internet router/modem, among other things.  Plaintiff's counsel's

25   new computer equipment and internet access was installed on May 27, 2008.

/ / / /

26   / / / /

27   / / / /

28

1

1    Dated: May 27, 2008                     */s/Bess M. Brewer*
                                           BESS M. BREWER

2                                            Attorney at Law

3                                            Attorney for Plaintiff

4

5    Dated: May 27, 2008                     McGregor W. Scott

6                                            United States Attorney

7                                            /s/ *Leo Montenegro*

8                                            LEO MONTENEGRO

9                                            Special Assistant U.S. Attorney
                                           Social Security Administration

10                                            Attorney for Defendant

11

12                                                **ORDER**

13    APPROVED AND SO ORDERED.

14    DATED:  May 28, 2008.

15

16                                               EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2