IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL CORBIN,

        Plaintiff,                    No. CIV S-07-2241 EFB

        vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.              <u>ORDER</u>
_____/

        On February 10, 2011, plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Dckt. No. 27. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, IT IS HEREBY ORDERED that, on or before April 4, 2011, defendant shall (1) file a stipulation and proposed order resolving plaintiff's fee motion, or (2) file an opposition in response to plaintiff's motion.

        SO ORDERED.

DATED: March 17, 2011.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE